UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY CHARLOT, ALAN REMACHE, and JOSE TEJADA, individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>       -against-<br><br>ECOLAB INC.,<br><br>                 Defendant. | Civil Action No. 2:12-cv-04543-KAM-VMS |

## DECLARATION OF MICHAEL AHEARNE, PHD IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Michael Ahearne, do hereby swear, affirm and attest as follows based on my personal knowledge of the facts described below:

**Professional Background and Experience**

1. I am the C.T. Bauer Chair in Marketing at the University of Houston, Executive Director of the Sales Excellence Institute, and former Editor of the Journal of Personal Selling and Sales Management. The Sales Excellence Institute is widely recognized as the worldwide leader in sales education and research, providing education and training to undergraduate and graduate students as well as to professionals and executives. The Journal of Personal Selling and Sales Management is the premier outlet for sales force research.

2. I was recently recognized by the American Marketing Association as one of the ten most research productive scholars in the field of marketing, and I was recently honored with the inaugural *Neil Rackham Research Dissemination Award* for acting as a bridge between sales academia and practice.

3.      My textbook *Selling Today: Partnering to Create Customer Value* is the highest grossing professional selling textbook worldwide, with copies distributed in over forty countries.

4.      My research can be parsed into two general areas of interest: (1) sales force effectiveness and (2) internal/relationship marketing. The former of these areas can further be classified into three sub-categories: (1) sales force control systems, (2) sales leadership within individual and team contexts, and (3) salesperson behaviors and performance. I also rely on this breadth of knowledge while interfacing with sales organizations.

5.      Over my career, I have worked on hundreds of customized research projects with sales organizations. This interaction can largely be attributed to my position as the Executive Director of the Sales Excellence Institute. At any given time, we have between twenty-five and forty partners that hire our sales students and work with my academic team on research projects.

6.      Prior to this engagement, I had a general knowledge regarding Ecolab, having been involved in and retained to consult with its leaders regarding its sales training development process in the past. This training did not directly involve the Route Sales Manager (RSM) position, however, I worked with sales leaders to develop overall sales strategies and training.

7.      A more complete listing of my education, experience, publications, affiliations, and background is included in my curriculum vitae, which is attached as Exhibit A.

8.      I have been asked by Ecolab Inc. to (1) evaluate the role of RSMs in

Ecolab's Institutional sales process, (2) render an opinion of whether that role is recognized as one that carries out sales techniques, and (3) render an opinion of whether RSMs' main function is to obtain sales.

9.      My opinions expressed in this Declaration are based upon my education, training, experience, as well as my observations and other materials identified in this report.

10.      In particular, in preparing this Declaration, I studied all of the materials sent to me. These files include: (1) the Complaint and Answer filed by the plaintiffs (Anthony Charlot, Alan Remache, and Jose Tejada) and Ecolab Inc., respectively; (2) the deposition transcripts of James Chamberlain, Douglas Moechnig, Charles Melnyk, John Meyers and the plaintiffs; (3) Ecolab's answers to the plaintiffs' first set of interrogatories; and (4) the plaintiffs' and Ecolab's responses to one another's requests for the production of documents (including documents ECO 1-7026, 11930-17222 and PLT 1-1521).

11.      In addition to these documents I reviewed, I spoke with Ecolab New York Area Manager Chuck Melnyk to obtain additional information pertaining to the nature of the RSM position and Ron Scarsella, who I understand was VP of Corporate Accounts for the Institutional Division, to gain a better understanding of RSMs' compensation and the degree to which RSMs can make additional sales to "corporate accounts." I also observed two RSMs in the performance of their job and spoke with other RSMs about the job.

**Opinion**

12.      It is my opinion that RSMs play a central role in the sales process used by

Ecolab. The combined service and sales function of positions with the same characteristics as the RSM job is well recognized in sales academia as a highly effective method of selling. Indeed, it is consistent with the sales techniques taught at business schools around the country, including mine. It is further consistent with the sales principles advanced in major textbooks, such as my own, *Selling Today: Partnering to Create Customer Value*, Robert Jolles' *Customer Centered Selling*, and Neil Rackham's *SPIN Selling*.

13.    Consistent with these well-recognized selling principles, it is further my opinion that the most important duty of the RSM position is sales. The "service" work performed by the RSMs is a part of Ecolab's Retain/Grow/Gain sales model. The function of this service work supports and furthers sales.

14.    My opinions are based on all of the information I have obtained pertaining to the RSM role in this case as described above, my education, and my experience in the sales profession, both as a sales consultant and as a professor of sales. My assessment is also informed by my evaluation of the following stages of career progression for RSMs: (1) Recruitment and Selection, (2) Orientation and Job Training, and (3) Compensation and Job Activities.

15.    As discussed in greater detail in the following paragraphs, it is further my opinion that the main function of the work performed by Anthony Charlot, Alan Remache, and Jose Tejada while employed in their field sales roles at Ecolab was sales.  While each reported having performed mechanical service on a daily basis, that service work was incidental to, and in furtherance of, their selling duties and responsibilities.

**Recruitment and Selection to a Sales Position**

16.    Starting from the advertisement of the RSM position, Ecolab clearly signals to applicants that RSMs are sales representatives whose most important responsibility is to sell Ecolab products.

17.    Indeed, business-to-business sales experience is included as a preferred qualification of recruits, and the position is posted as a "Route Sales Representative" job (ECO 4448).

18.    Further, Ecolab promotes the RSM position by stating that *Selling Power* magazine, a well-recognized practitioner publication in the field of personal selling and sales management, ranks Ecolab as a "top company to sell for" (ECO 4448).

19.    In these ways, the job posting signals to the market that Ecolab is a sales organization in search of sales representatives. Accordingly, I see this hiring practice as a clear indication that Ecolab's recruitment and selection process is consistent with the current standards and practices in sales management.

**Orientation and Training for a Sales Position**

20.    Upon being hired, RSMs are expected to attend three weeks of training. My extensive review of Ecolab's training files confirms that a significant amount of the material communicated is aimed directly at sales (ECO 4670-6539). Some of the materials are aimed at understanding the chemicals and products Ecolab offers (e.g., ECO 6517-6539), which in my opinion is education that RSMs need in order to perform their sales duties. It is critical for all salespeople to fully understand what they are offering to customers and how Ecolab's offerings can solve their business needs.

21.    Ecolab's defined sales model, "Selling the Ecolab Way," parallels the

sales processes used in other major corporations as well as the sales process outlined in the professional selling field's major textbooks, such as my own, *Selling Today: Partnering to Create Customer Value*, Robert Jolles' *Customer Centered Selling*, and Neil Rackham's *SPIN Selling*. It is also in line with the sales techniques that I teach and that are also taught in business schools around the country.

22.    When trained to sell the Ecolab way (*see* ECO 4783-4907), RSMs are trained to:

1) Make an introduction and ask for permission to see whether they can help, which are classic rapport building techniques.

2) Find facts to show where they can help by way of educating themselves on the needs of customers through effective questions, which epitomizes customer need identification.

3) Leverage their findings into solutions and, in so doing, show how they can help, which spans consultative selling, negotiation, and closing.

4) Prove they can help and provide a positive customer experience so that customers are encouraged and inclined to continue to use Ecolab product, try additional Ecolab product, and renew leased dish machines thereby resulting in the sale of more Ecolab product.

23.    From my observation of all the training materials included in this case (ECO 4670-6556), Ecolab's orientation and training period is undoubtedly geared toward developing selling skills and preparing them for a sales job.

24.    I also note that Ecolab develops essential sales skills when it trains RSMs on (a) the Food Service and Hospitality market they call upon, (b) their sanitation and

safety needs, (c) the proper use of products available, and (d) the importance of finding a solution for customers' idiosyncratic needs.  Indeed, it is critical for salespeople to understand the products and equipment they sell and the industry within which these products are sold.

25.    Furthermore, Ecolab's training involves tests within the first three weeks of employment that assess new recruits' comprehension of the material being trained. New recruits must, therefore, expect to be entering a sales position when they enter the field.

**Compensation for Sales**

26.    In field sales positions, sales organizations often use variable pay to motivate sales representatives to exert selling effort. The reason being, of course, stems from the inability of firms to monitor effort precisely.[1] These compensation plans tend to tie sales performance to such forms of variable pay as bonuses and commissions.[2] Within the Ecolab compensation plan for RSMs, both of these facets are indeed included (ECO 6948-7015). In other words, the RSMs' compensation is dependent upon their sales results, which leads to their commission earnings and performance bonuses.

27.    Likewise, sales organizations regularly have recognition programs and annual sales contests in order to motivate performance.[3] Ecolab's National Awards

---

[1] Basu, Amiya K., Rajiv Lal, V. Srinicasan, and Richard Staelin (1985), "Salesforce Compensation Plans: An Agency Theoretic Perspective," *Marketing Science*, 4 (4), 267-291.

[2] Chung, Doug J., Thomas Steenburgh, and K. Sudhir (2014), "Do Bonuses Enhance Sales Productivity? A Dynamic Structural Analysis of Bonus-Based Compensation Plans," *Marketing Science*, 33 (2), 165-187.

[3] Steenburgh, Thomas J. and Michael J. Ahearne (2012), "Motivating Salespeople: What Really Works," *Harvard Business Review*, 90 (7/8), 71-75.

brochure is directly in line with this culture (ECO 4619-4659).

**Job Activities: Retain**

28.    RSMs are assigned a route of customers who they are expected to visit regularly. These visits are critical to making sales, as they allow RSMs to enter customers' kitchens, restrooms, and places of business. Having this access provides a vital foundation for an opportunity to provide consultation to the customer and generate sales.

29.    In short, while visiting customers, RSMs ensure that customers are properly using Ecolab products. In this way, RSMs are directly responsible for obtaining sales of Ecolab product from customers. Their observation and subsequent influence on the purchasing cycle is critical to the Ecolab sales model.

30.    In order to build relationships with customers, RSMs engage in activities that prove they can help customers by servicing their machines and keeping their operations running smoothly. This proof not only builds confidence and trust between customers and Ecolab, it also helps retain customers' business since it serves as the foundation for future sales. Accounts will only be retained and revenues will only increase if RSMs visit customers and show them the value that comes part and parcel with an Ecolab contract.

31.    Another significant benefit of regular visits is that Ecolab product keeps flowing and RSMs are able to sell additional Ecolab product.

32.    By way of example, an RSM I spoke with described to me how he increased sales in his sales territory from approximately $750,000 to about $1.1M in two years. He did so by way of providing good service at his accounts, which allowed him to

ensure that the proper amount of Ecolab product was being used. Providing excellent service directly resulted in significantly greater sales numbers for this RSM, and he rightfully received commissions for these additional sales.

33.    An important component of the sale at Ecolab is gaining agreement from customers. Such agreement allows RSMs to ensure that adequate product is being used and to establish orders for new products. This process is often facilitated with customers' signatures, which requires a good relationship, built on a foundation of responsive service in the past.

**Job Activities:  Grow**

34.    Expanding business in existing accounts by selling new products or product lines constitutes the "grow" portion of RSMs' compensation plan, and this component is vital to RSMs' sales performance.

35.    In particular, while on a sales call at an existing customers' business, RSMs have the opportunity to sell additional Ecolab products that customers may not already be using by asking probing questions, educating themselves on their customers' business, and making recommendations based on the calibration tests they complete. They may also interact with customers to inquire about and make product recommendations regarding general observations they make while inside customers' facilities.

36.    The true value of salespeople lies in their ability to move customers toward a decision that makes them better off in the long run.[4] Often, customers are unaware of solutions available that may better serve their business. Alternatively, they

---

[4] Jolles, Robert L. (2009). *Customer Centered Selling: Sales Techniques for a New World Economy*. New York, NY: Free Press.

may also be blind to potential dangers, making the RSMs' expertise in cleaning and sanitizing particularly valuable as a consultant to customers in the restaurant and hospitality markets.

37.    Then, RSMs are able to further grow business with existing customers when they leverage the unique opportunity they have to regularly be granted access to their customers' premises. In this sense, they regularly have the opportunity to recommend products, suggest solutions, and be the customers' eyes and ears for potential problems. Therefore, they can (and they are trained and expected to) leverage the relationships they build in their regular visits to customers' sites to maximize sales growth.

**Job Activities:  Gain**

38.    New business development represents the gain portion of Ecolab's current compensation plan.

39.    The technical training Ecolab provides RSMs puts them at a distinct advantage, because it gives them an understanding about cleaning and sanitization, as well as a level of expertise that customers do not possess.

40.    Through delivering effective introductions and offering help, RSMs are able to create new relationships and, therefore, to gain additional business.

41.    Indeed, RSMs are encouraged to call on businesses in their territory in an effort to obtain new accounts and seek to generate new sales.

**Job Activities:  Service as Sales**

42.    I understand that the plaintiffs claim their primary job duty is not to sell, but to install and service Ecolab dish machines. As demonstrated by a proper application of

-10-

the Retain/Grow/Gain sales model, which is well-recognized and advanced in academic circles as a highly-effective selling model, RSMs' service duties are a means to accomplish their most important duty, which is sales. The service they provide is part of the selling process.  A core theoretical framework in the academic literature that captures the importance of service to sales performance is the service-profit chain.[5]

43.    In nearly all business-to-business sales, very little of a salesperson's time is actually spent interacting with customers. Rather, my research with companies regularly unveils that the bulk of reps' time is spent behind the scenes researching customers, developing options and proposals for customers, preparing for customer visits, reviewing customer visits, and the like. The same is true for RSMs, who spend time reviewing customers' operations and developing relationships with customers so they can become a trusted resource to formulate solutions and make product recommendations.[6] These actions are all part of the Retain/Grow/Gain sales process, and they are a crucial component of making a sale.

44.    In my experience, people become confused when attempts are made to pull apart the sales process task-by-task. In fact, RSMs' regular visits and service work is a sales function, and no one action can be severed from the sales process, since each action is essential to making a sale.

**Value Added Selling**

45.    Institutional uses a modern consultative sales model that is referred to as "value added selling."  The perception that sales duties are only door-to-door pitches is

---

[5] Heskett, James L., Thomas O. Jones, Gary W. Loveman, W. Earl Sasser Jr., and Leonard A. Schlesinger (1994), "Putting the Service-Profit Chain to Work," *Harvard Business Review*, 72 (2), 164-170.

[6] See Maister, David H. and Charles H. Green (2000). *The Trusted Advisor*. New York, NY: Touchstone.

outdated as value added selling involves much more than making a sales pitch for a one-time purchase.  Value added selling is a process through which a relationship is developed with a customer through consistent and regular contact, the customer's needs are identified, and the salesperson provides consultation to meet those needs.

46.    Ecolab's "value selling" model relies on the RSM to build long-term relationships such that they become a trusted consultant and customers return again and again to make purchases.

47.    The RSMs' Preventative Maintenance is the key to Ecolab's value-added sales model, without which Ecolab would not be able to Retain and Grow sales to its customers. RSMs are expected to regularly visit customers to maintain dispensers and leased dish washers. These visits literally and figuratively "open the door" to the customer's operations, which is one of the most difficult and most important challenges to overcome in sales.

48.    Once the RSM gets in the door, their goal is to learn the customer's needs, gain the customer's trust, create a long lasting relationship, and Retain/Grow sales.

49.    The RSMs' inventory review is a critical function in the Ecolab value-added sales model as it evaluates the customer's needs, allows the RSM to identify their competition, and provides information to give customized product consultation to the customer.

50.    By maintaining the dishwashers and dispensers properly, the RSM proves that they can help customers by servicing their machines and keeping their operations running smoothly. This proof builds a relationship of trust between the customers and

Ecolab and helps retain customers' business and serves as the foundation for future sales. In other words, every time the RSMs visit customers, they solidify the relationship with the customers, which helps retain the customers and, ultimately, increase the RSMs' sales revenues.

51.     RSMs use the trust they built and the information they gathered in the Preventative Maintenance calls to "up-sell" the customers to a different type of warewashing chemical, as well as sell different types of chemical and products.  For example, Ecolab's solid warewashing chemicals are more expensive than the liquid chemicals, but can be upsold by the RSMs because of their convenience.

52.     Ecolab's value-added sales model combining service and sales is well recognized and is consistent with the sales techniques taught at business schools around the country.

**Service Recovery Paradox**

53.     RSMs are expected to respond to their customer's "extra" or "emergency" requests for service of the dispensers and leased dishwashers, referred to as "ESRs." Sometimes responding to an ESR only requires the RSM to talk with the customer over the phone, other times it requires a visit that includes repair service. Even if the key decision-maker is not present, responding to an ESR is part of building the customer relationship.

54.     Studies show when a salesperson solves a customer's problem, the customer's satisfaction is greater than if the problem had never occurred. [7]  This so-called "service recovery paradox" is an effective sales technique that give the RSM

---

[7] Augusto de Matos, Celso, Jorge Luiz Henrique, and Carlos Alberto Vargas Rossi (2007), Service Recovery Paradox: A Meta-Analysis," *Journal of Service* Research, 10 (1), 60-77.

more opportunity to sell.

55. Therefore, ESRs are crucial to RSMs' success, because responding to ESRs builds customer relationships.

**Contract Pull-Through Strategy**

56. Value-added sales organizations such as Ecolab often use a team approach to selling. Ecolab uses other sales and marketing positions to provide a team effort or to "push" sales opportunities to the primary sales representative, the RSMs, whose role it is to "pull through" the actual sales. This go-to-market strategy is regularly termed a "contract pull-through" approach to selling, and it has been widely accepted in the practitioner and academic literatures for some time now.[8]

57. Under Ecolab's sales model, the RSMs are supported by other positions including their managers, other field sales positions, and sales and marketing positions, who "push" sales and provide the RSM, as the customers' primary representative, with sales opportunities. The RSM, as the on-site sales representative, has the ultimate responsibility to actually "pull through" and make the sales.

58. The pull-through component of this strategy is critical. As one executive highlights, a contract "without the effective pull-through to back it up is equally as ineffective as trying to sell [without a contract]."[9]

59. I understand Ecolab establishes contracts with its "corporate" accounts, multi-location customers that are owned or operated by a centralized management

---

[8] Anbil, Partha (February 1, 2014), "Managed Markets: Positioning Your Product for Success with Pull Through Strategies," [available at PharmExec.com]. Tice, Thomas E. (1997), "Managing Compensation Caps in Key Accounts," *Journal of Personal Selling and Sales Management*, 17 (4), 41-47.

[9] Fleischer, Mark (2010), "Key Account Management in the Managed Markets: Visibility and Collaboration for Greater Effectiveness," Journal of Medical Marketing, 10 (1), 53-60.

team.

60.     To help support or push sales, positions known as Corporate Account Executives negotiate contracts with the corporate account's centralized management that can take a number of forms. This centralized management approval can give the RSMs the authority to call on the on-site customer which Ecolab calls a "hunting license."  The Corporate Account Executives can also develop "programs" of specific chemicals and products that are approved or recommended by centralized management for use on-site.

61.     Even when the Corporate Account Executive obtains a corporate program or contract to "push" sales, RSMs must call upon the individual customers to "pull-through" and make the actual sales as Corporate Account Executives, rarely if ever, visit the RSMs' customers.  Rather the RSMs remain the primary Ecolab contact for each of their corporate accounts.  The goal of the RSM is to get the on-site customer to actually use and purchase the approved or recommended program, as well as to grow and gain sales of chemicals and products not included in the program.

62.     Another way Ecolab tries to "push" sales is by arrangements with the distributors the customers use to have their Ecolab products delivered, such as Sysco Foods.

63.     Ecolab has employees who work with the distributors to facilitate the customers' ordering of Ecolab's products, and may also educate the food distributor about Ecolab's offerings so they in turn can help educate the customer.

64.     The distributor support roles do not regularly call upon the individual customer sites. The RSM maintains the direct relationship with the customer.

65. Yet another way Ecolab seeks to "push" sales is through its dishwasher leases with customers, which entails contracts that facilitate sales for RSMs.

66. Any number of sales positions can initiate the discussion for a leased dishwasher, or can actually sign the lease. Once the lease is in place, however, it is the responsibility of RSMs to Retain and Grow sales revenue.

67. Leases are typically tied to a minimum purchase by the customer. However, in order for the lease to generate sales revenue beyond the minimum guarantee, the RSM must "pull-through" the sales that the leases tee-up by building customer trust during the installs, Preventative Maintenance and ESRs and effectively getting the customer to continue to purchase Ecolab products.

68. RSMs also pull-through the sale by educating customers about optimal ways to use warewashing chemicals.

69. For example, RSMs should make sure customers are using proper loading methods and water temperature. Also, dispensers need to be properly adjusted to dispense the correct amount of chemical to safely clean. By ensuring these operational factors through their relationships with customers, RSMs retain customer business.

70. Regardless of whether the Territory Manager ("TM") or some other position obtains the lease, the RSM is responsible for making sure that the lease continues and is renewed by the customer.

71. Unless RSMs perform their job, the sale of warewashing chemicals will not occur, and if warewashing products are not being sold, RSMs stand to lose the opportunity to regularly visit customers to seek other sales.

**Conclusion**

72.     Overall, considering all of the case documents I studied in preparation of this Declaration, my education, the extensive experience I have gained throughout my career with sales organizations, and the relevant research I have conducted in the sales profession, it is my opinion that RSMs' customer visits, including their "regular" and "extra" visits, follow highly effective sales techniques that are well-recognized by sales academics, such as myself. I further state that the primary function and most important component of the RSM position within Ecolab generally, and that the positions performed by Mr. Charlot, Mr. Remache and Mr. Tejada specifically, is sales. This opinion is confirmed by Ecolab's recruitment and selection practices, its orientation and job training procedures, its compensation and job activity requirements for the RSM position, and the admitted selling activities of the plaintiffs. Although RSMs unquestionably also perform a service function, that service is a central and inseparable part of Ecolab's highly effective consultative value-added selling model.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

Signature: _____     Date: April 17, 2014 _____

Firmwide:126305224.5 057118.1164

-17-

# EXHIBIT A

# C.V.
# MICHAEL J. AHEARNE

5603 Walnut Point Drive
Kingwood, TX 77345
281-361-7498 Home Phone
713-743-4155 Office Phone
713-743-4572 Fax

Marketing Department
Bauer College of Business
University of Houston
Houston, TX 77204
mahearne@uh.edu

## PERSONAL INFO

Date of Birth: 7/11/66        Marital Status:  Married w/children        Citizenship: USA

## SHORT BIO

Michael Ahearne (Ph.D., Indiana University) is Professor of Marketing and C.T. Bauer Chair in Marketing at the University of Houston. He is also Executive Director of the Sales Excellence Institute and Marketing Doctoral Coordinator.

Mike's research has primarily focused on improving the performance of salespeople and sales organizations. He has published over 40 articles in leading journals such as *Journal of Marketing, Journal of Marketing Research, Management Science, Strategic Management Journal, Journal of Applied Psychology, and Organizational Behavior and Human Decision Processes*. He was recently recognized by the American Marketing Association as one of the 20 most research productive scholars in the field of marketing. His research has been profiled in the Harvard Business Review, Business 2.0, Business Investors Daily, Fox News, INC Magazine and many other news outlets.

Mike's textbook *Selling Today: Partnering to Create Customer Value* is the highest grossing professional selling textbook in the world, with copies being distributed in over forty countries. Paired with the many teaching awards he has won at the MBA and undergraduate levels in Sales, Sales Management, and Key Account Management, Mike has a proven track record of excellence when it comes to disseminating knowledge in his field. He has also had a significant impact outside of the classroom based on the reach of the *Sales Excellence Institute*, which is the worldwide leader in sales education and research. Mike was recently honored as the inaugural winner of the *Neil Rackham Research Dissemination Award* for the impact of his research on business practice.

Before entering academia, Mike played professional baseball for the Montreal Expos and worked in marketing research and sales operations for Eli Lilly and Company and PCS Healthcare. He currently consults in the area of sales and sales management in numerous industries.

## EDUCATION

**Indiana University**                                                            Bloomington, IN
Ph.D. in Marketing (Chair: Scott B. MacKenzie)
Minor: Decision Sciences

Masters in Marketing/Decision Sciences

**Worcester Polytechnic Institute**                                              Worcester, MA
Masters in Operations Management

B.S. *with distinction* in Mathematics
Minor: Computer Science

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2010 – Present | **University of Houston**<br>Professor, C.T. Bauer Chair in Marketing<br>Executive Director, Sales Excellence Institute |
| 2009 – 2010 | **University of Houston**<br>Professor<br>Executive Director, Sales Excellence Institute |
| 2007 – 2009 | **University of Houston**<br>Associate Professor<br>Executive Director, Sales Excellence Institute |
| 2004 – 2007 | **University of Houston,**<br>Associate Professor<br>Research Director, Sales Excellence Institute |
| 2001 – 2004 | **University of Connecticut**<br>Assistant Professor<br>Director, Center for Sales Leadership |
| 1998 – 2001 | **Pennsylvania State University**<br>Assistant Professor |

### Visiting Professorships

| | |
|---|---|
| 2010 – present | Bocconi University, Italy |
| 2000 – present | Vlerick Leuven Gent Management School, Belgium |
| 2012 | IMD, Switzerland |
| 2010 | University of Bochum, Germany |
| 2009 | University of Vienna, Austria |
| 2002 | ESSEC Business School, France |
| 1997-1998 | Emory University, Atlanta, Georgia |

2

## ACADEMIC RESEARCH

### Refereed Journal Articles

32. Ahearne, Michael, Son K. Lam, Babak Hayati, and Florian Kraus (forthcoming), "Intrafunctional Competitive Intelligence and Sales Performance: A Social Network Perspective," **Journal of Marketing**.

31. Ahearne, Michael, Til Haumann, Florian Kraus, and Jan Wieseke (forthcoming), "It's a Matter of Congruence: How Interpersonal Identification between Sales Managers and Salespersons Shapes Sales Success," **Journal of the Academy of Marketing Science**.

30. Ahearne, Michael, Son K. Lam, and Florian Kraus (forthcoming), "Performance Impact of Middle Managers' Adaptive Strategy Implementation: The Role of Social Capital," **Strategic Management Journal**.

29. Lam, Son K., Michael Ahearne, Ryan Mullins, Babak Hayati, and Niels Schillewaert (forthcoming), "Exploring the Dynamics of Antecedents to Customer-Brand Identification with a New Brand," **Journal of the Academy of Marketing Science**.

28. Wieseke, Jan, Florian Kraus, Michael Ahearne, and Sven Mikolon (2012), "Multiple Identification Foci and Their Countervailing Effects on Salespeople's Negative Headquarters Stereotypes," **Journal of Marketing**, 76 (3), 1-20.

   * Winner of the *AMA Sales SIG Excellence in Research Award* for the best article published in sales and sales management in 2012

27. Kraus, Florian, Michael Ahearne, Son K. Lam, and Jan Wieseke (2012),"Toward A Contingency Framework of Interpersonal Information Sources in Organizational Identification Diffusion," **Organizational Behavior and Human Decision Processes**, 118 (2), 162-178.

26. Lam, Son K., Michael Ahearne, and Niels Schillewaert (2012), "A Multinational Examination of the Symbolic-Instrumental Framework of Consumer Brand Identification," **Journal of International Business Studies**, 43 (3), 306-331.

25. Steenburgh, Thomas and Michael Ahearne (2012), "Motivating Salespeople: What Really Works," **Harvard Business Review**, 90 (7/8), 71-75.

   * Winner of the *Wachovia Award* by the Darden School of Business for making a significant contribution to practicing managers through research excellence

24. Ahearne, Michael, Son K. Lam, John E. Mathieu, and Willy Bolander (2010), "Why Are Some Salespeople Better at Adapting to Organizational Change?," **Journal of Marketing**, 74 (3), 65-79.

23. Ahearne, Michael, Scott B. MacKenzie, Philip M. Podsakoff, John E. Mathieu, and Son K. Lam (2010), "The Role of Consensus in Sales Team Performance," **Journal of Marketing Research**, 47 (3), 458-469.

22. Ahearne, Michael, Adam Rapp, Douglas E. Hughes, and Rupinder Jindal (2010), "Managing Sales Force Product Perceptions and Control Systems in the Success of New Product Introductions," **Journal of Marketing Research**, 47 (4), 764-776.

3

21. Hughes, Douglas E. and Michael Ahearne (2010), "Energizing the Reseller's Sales Force: The Power of Brand Identification," **Journal of Marketing**, 74 (4), 81-96.

> \* Winner of the *AMA Sales SIG Excellence in Research Award* for the best article published in sales and sales management in 2010
> \* 2010 Cialdini Award Nominee

20. Lam, Son K., Michael Ahearne, Ye Hu, and Niels Schillewaert (2010), "Resistance to Brand Switching When a Radically New Brand Is Introduced: A Social Identity Theory Perspective," **Journal of Marketing**, 74 (6), 128-146.

19. Lam, Son K., Florian Kraus, and Michael Ahearne (2010), "The Diffusion of Market Orientation Throughout the Organization: A Social Learning Theory Perspective," **Journal of Marketing**, 74 (5), 61-79.

18. Rapp, Adam, Michael Ahearne, John Mathieu, and Tammy Rapp (2010), "Managing Sales Teams in a Virtual Environment," **International Journal of Research in Marketing**, 27 (3), 213-224.

17. Lim, Noah, Michael Ahearne, and Sung H. Ham (2009), "Designing Sales Contests: Does the Prize Structure Matter?," **Journal of Marketing Research**, 46 (3), 356-371.

16. Wieseke, Jan, Michael Ahearne, Son K. Lam, and Rolf van Dick (2009), "The Role of Leaders in Internal Marketing," **Journal of Marketing**, 73 (2), 123-145.

> \* 2009 Cialdini Award Nominee

15. Ahearne, Michael, Eli Jones, Adam Rapp, and John Mathieu (2008), "High Touch Through High Tech: The Impact of Salesperson Technology Usage on Sales Performance via Mediating Mechanisms," **Management Science**, 54 (4), 671-685.

14. Ahearne, Michael, Douglas E. Hughes, and Niels Schillewaert (2007), "Why Sales Reps Should Welcome Information Technology: Measuring the Impact of CRM-Based IT on Sales Effectiveness," **International Journal of Research in Marketing**, 24 (4), 336-449.

13. Ahearne, Michael, Ronald Jelinek, and Eli Jones (2007), "Examining the Effect of Salesperson Service Behavior in a Competitive Context," **Journal of the Academy of Marketing Science**, 35 (4), 603-616.

12. Mathieu, John, Michael Ahearne, and Scott R. Taylor (2007), "A Longitudinal Cross-Level Model of Leader and Salesperson Influences on Sales Force Technology Use and Performance," **Journal of Applied Psychology**, 92 (2), 528-537.

11. Jelinek, Ronald and Michael Ahearne (2006), "The ABC's of ACB: Unveiling a Clear and Present Danger in the Sales Force," **Industrial Marketing Management**, 35 (4), 457-467.

10. Jelinek, Ronald and Michael Ahearne (2006), "The Enemy Within: Examining Salesperson Deviance and its Determinants," **Journal of Personal Selling and Sales Management**, 26 (4), 327-344.

9. Rapp, Adam, Michael Ahearne, John Mathieu, and Niels Schillewaert (2006), "The Impact of Knowledge and Empowerment on Working Smart and Working Hard: The Moderating Role of Experience," **International Journal of Research in Marketing**, 23 (3), 279-293.

4

8. Ahearne, Michael, C. B. Bhattacharya, and Thomas Gruen (2005), "Antecedents and Consequences of Customer-Company Identification: Expanding the Role of Relationship Marketing," **Journal of Applied Psychology**, 90 (3), 574-585.

7. Ahearne, Michael, John Mathieu, and Adam Rapp (2005), "To Empower or Not to Empower Your Sales Force? An Empirical Examination of the Influence of Leadership Empowerment Behavior on Customer Satisfaction and Performance," **Journal of Applied Psychology**, 90 (5), 945-955.

6. DeSarbo, Wayne S., Alexandru M. Degeratu, Michael Ahearne, and M. Kim Saxton (2002), "Disaggregate Market Share Response Models," **International Journal of Research in Marketing**, 19 (3), 253-266.

5. Ahearne, Michael, Thomas Gruen, and M. Kim Saxton (2000), "When the Product is Complex, Does the Advertisement's Conclusion Matter?," **Journal of Business Research**, 48 (1), 55-62.

4. Ahearne, Michael, Thomas W. Gruen, and Cheryl Burke Jarvis (1999), "If Looks Could Sell: Moderation and Mediation of the Attractiveness Effect on Salesperson Performance," **International Journal of Research in Marketing**, 16 (4), 269-284.

3. MacKenzie, Scott B., Philip M. Podsakoff, and Michael Ahearne (1998), "Some Possible Antecedents and Consequences of In-Role and Extra-Role Salesperson Performance," **Journal of Marketing**, 62 (3), 87-98.

2. Podsakoff, Philip M., Michael Ahearne, and Scott B. MacKenzie (1997), "Organizational Citizenship Behavior and the Quantity and Quality of Work Group Performance," **Journal of Applied Psychology**, 82 (2), 262-270.

1. Podsakoff, Philip M., Scott B. MacKenzie, Michael Ahearne, and William H. Bommer (1995), "Searching for a Needle in a Haystack: Trying to Identify the Illusive Moderators of Leadership Behaviors," **Journal of Management**, 21 (3), 423-470.

## Invited Journal Articles Appearing In Special Issues

S7. Ahearne, Michael, Adam Rapp, Babu John Mariadoss, and Shankar Ganesan (2012), "Challenges of CRM Implementation in Business-to-Business Markets: A Contingency Perspective," **Journal of Personal Selling and Sales Management**, 32 (1), 117-130.

   * 30th Anniversary special issue on creating the future for sales and sales management research

S6. Ahearne, Michael and Adam Rapp (2010), "The Role of Technology at the Interface between Salespeople and Consumers," **Journal of Personal Selling and Sales Management**, 30 (2), 111-120.

   * Special issue on technology in business-to-consumer selling

S5. Ahearne, Michael and Prabakar Kothandaraman (2009), "Impact of Outsourcing on Business-to-Business Marketing: An Agenda for Inquiry," **Industrial Marketing Management**, 38 (4), 376-378.

   * Special issue on the impact of outsourcing on B2B marketing

5

S4. Ahearne, Michael, Ronald Jelinek, and Adam Rapp (2005), "Moving Beyond the Direct Effect of SFA Adoption on Salesperson Performance: Training and Support as Key Moderating Factors," **Industrial Marketing Management**, 34 (4), 379-388.

   \* Special issue on selling and sales technology

S3. Schillewaert, Niels, Michael Ahearne, Ruud T. Frambach, and Rudy K. Moenaert (2005), "The Adoption of Information Technology in the Sales Force," **Industrial Marketing Management,** 34 (4), 323-336.

   \* Special issue on selling and sales technology

S2. Tanner, John F. Jr., Michael Ahearne, Thomas W. Leigh, Charlotte H. Mason, and William C. Moncrief (2005), "CRM in Sales-Intensive Organizations: A Review and Future Directions," **Journal of Personal Selling and Sales Management**, 25 (2), 169-180.

   \* Special issue on advancing the field of selling and sales management

S1. Ahearne, Michael, Narasimhan Srinivasan, and Luke Weinstein (2004), "Effect of Technology on Sales Performance: Progressing from Technology Acceptance to Technology Usage and Consequence," **Journal of Personal Selling and Sales Management**, 24 (4), 297-310.

   \* Special issue on customer relationship management

## BOOKS AND BOOK CHAPTERS

B4. Manning, Jerry, Michael Ahearne, and Barry Reece (2012), *Selling Today: Partnering to Create Customer Value, 12th Edition*. New Jersey, NY: Prentice Hall. (\* Top-selling sales textbook worldwide.)

B3. Manning, Jerry, Barry Reece, Michael Ahearne, and Herb MacKenzie (2009), *Selling Today: Creating Customer Value, 5th Canadian Edition*. Toronto, ON: Pearson Education Canada.

B2. Ahearne, Michael and Son K. Lam (2012), "Sales Force Performance: A Typology and Future Research Priorities," in *Handbook of Business-to-Business Marketing*, Gary Lilien and Raj Grewal, eds. Northampton, MA: Edward Elgar, 496-520.

B1. Ahearne, Michael (2011), "Sales: Defining Today and Tomorrow," in *World Book Encyclopedia*. Chicago, IL.

## CASE WRITING

C1. Steenburgh, Thomas, Michael Ahearne, and Elena Corsi (2012), "Siemens AG: Key Account Management."

## PRESENTATIONS

### Invited Talks at University Research Seminars

- Bocconi School of Management, Italy
- Emory University
- ESSEC Business School, France
- Florida State University

6

- George Mason University
- Harvard Business School
- HEC Business School, France
- IMD, Switzerland
- London Business School
- Northwestern University
- Pennsylvania State University
- Southern Methodist University
- Stanford University
- Texas A&M
- Tulane University
- University of Alabama
- University of Alabama – Birmingham

- University of Arizona
- University of Bochum, Germany
- University of Colorado
- University of Connecticut
- University of Georgia
- University of Houston
- University of Munster, Germany
- University of North Carolina - Chapel Hill
- University of Pittsburgh
- University of Santiago de Compostela, Spain
- University of Vienna, Austria
- University of Western Ontario
- Vlerick Business School, Belgium

## Conference Presentations (Most Recent Five Years)

"Sales Contests: How 'Sour Grape' Prize Structures Enhance Salesperson Effort and Performance," with Jeffrey P. Boichuk, James Hess, and Niladri Syam, *35th ISMS Marketing Science Conference*, Istanbul, Turkey, July 2013.

"Antecedents and Consequences of Salesperson Perceptual (In)accuracy in Customer Relationships," with Ryan Mullins, Son K. Lam, Zachary Hall, and Jeffrey P. Boichuk, *AMA Winter Educators' Conference*, Las Vegas, NV, February 2013.

"Challenging the Bounds of Marketing Thought on Identification: A Relational Perspective," with Till Haumann, Florian Kraus, and Jan Wieseke, *AMA Winter Educators' Conference*, Las Vegas, NV, February 2013.

"Earnings Management Practices in the Sales Force," with Jeffrey P. Boichuk, Craig Chapman, and Thomas Steenburgh, *AMA Winter Educators' Conference*, Las Vegas, NV, February 2013.

"Methodological Issues and Challenges in Sales Research: Research Design, Data Collection, and Data Analysis," with Nick Lee, *AMA Winter Educators' Conference*, Las Vegas, NV, February 2013.

"Expert Peers in Team Product: A Social Network Perspective," with Niladri Syam, Jeffrey P. Boichuk, and Zach Hall, *Marketing Science Conference*, Boston, MA, June 2012.

"Customer Loyalty Ownership and Cross-Selling Behavior of the Sales Force," with Yashar Atefi, Niladri Syam, and James Hess, *Marketing Science Conference*, Boston, MA, June 2012.

"Man on the Bench: The Power of the Stick in the Sales Force," with Thomas Steenburgh, Jeffrey P. Boichuk, Florian Kraus, and Carmen Liutec, *Theory and Practice in Marketing Conference*, Boston, MA, May 2012.

"Decomposing Customer Need Knowledge: The Role of Salesperson Intuition," with Zach Hall and Willy Bolander, *AMA Winter Educators' Conference*, St. Petersburg, FL, February 2012.

"When Sales Managers and Salespeople Disagree in their Appreciation for the Firm: The Phenomenon of Organizational Identification Tension," with Florian Kraus, Till Haumann, Jan Wieseke, and Son K. Lam, *AMA Winter Educators' Conference*, St. Petersburg, FL, February 2012.

7

"The Marketing-Sales Interface During a New Product Launch: How Can Marketing Influence the Sales Force?" with Willy Bolander, Florian Kraus, and Carmen Liutec, *AMA Summer Educators' Conference*, San Francisco, CA, August 2011.

"Challenges of CRM Implementation in Business-to-Business Markets: A Contingency Perspective," with Adam Rapp, Shanker Ganesan, and B.J. Mariadoss, *AMS 40th Anniversary Conference*, Coral Gables, FL, May 2011.

"Promoting Organizational Identification and Improving Sales Performance During a Layoff," with Florian Kraus, Douglas Hughes, and Ryan Mullins, *AMS 40th Anniversary Conference*, Coral Gables, FL, May 2011.

"Salespeople's Negative Out-Group Stereotypes in Sales Organizations," with Jan Wieseke, Florian Kraus, and Sven Mikolon, *AMS 40th Anniversary Conference*, Coral Gables, FL, May 2011.

"Influencing Key Account Strategy Implementation: Considering the Simultaneous Impact of Push and Pull-Through Over Time," with Willy Bolander and Florian Kraus, *AMA Winter Educators' Conference*, Austin, TX, February 2011.

"Negative Compensation in Practice," with Thomas Steenburgh, MSI Practice Prize Conference, Boston, MA, December 2011.

"Organizational Identification Diffusion Among Frontline Employees: Relative Strength of Interpersonal Influencers," with Florian Kraus, Son K. Lam, and Jan Wieseke, *International Conference of the Corporate Identity/ Associations Research Group*, Leibniz University of Hannover, Germany, October 2010.

"Sales Force Performance: A Typology and Future Research Priorities," with Son K. Lam, *ISBM B2B Marketing Handbook Mini-Conference*, Harvard University, Boston, MA, August 2010.

"Are Group Incentives Effective? Evidence from the Lab and the Field," with Noah Lim, *Triennial Invitational Choice Symposium*, Key Largo, FL, May 2010.

"Organizational Identification Diffusion Among Frontline Employees: Relative Strength of Interpersonal Influencers," with Florian Kraus, Son K. Lam, and Jan Wieseke, *AMA Winter Educators' Conference*, New Orleans, LA, February 2010.

"Salesperson Goal Orientation and Adaptation to Workplace Interventions," with Son K. Lam, John E. Mathieu, and Willy Bollander, *AMA Winter Educators' Conference*, Tampa Bay, FL, February 2009.

"Virtual Team Leadership in Organizations," with Adam Rapp and John Mathieu, *Academic Symposium for the Academy of Management Meeting*, Philadelphia, PA, August 2007.

"Does the Proportion of Winners in Contests Matter?," with Noah Lim, Marketing Science Conference, Vancouver, BC, June 2008.

"The Role of Culture in Consumer-Brand Identification: A Multinational Examination," with Son K. Lam and Niels Schillewaert, *AMA Winter Educators' Conference*, Austin, TX, February 2008.

"Designing Sales Contests: Does Prize Structure Matter?" with Noah Lim, *Marketing Science Conference*, Singapore, June 2007.

"Sales Force Adoption of Technology and Performance: A Career Stages Perspective," with Adam Rapp and Lukas Forbes, *AMS Summer Conference*, May 2007.

"Organizational Identification: Bridging the Leader, Follower, and Customer," with Adam Rapp, *Society for Industrial and Organizational Psychology Conference*, New York, NY, April 2007.

"Building Organizational Identification of Customer-Contact Employees: A Multi-Level Examination," with Jan Wieseke, Son K. Lam, and Rolf van Dick, *Society for Industrial and Organizational Psychology Conference*, New York, NY, April 2007.

## Invited Presentations to Academic and Practitioner Audiences (Most Recent Five Years)

*25th Anniversary Society for Marketing Advances Doctoral Consortium* (October 2013), "Building a Successful Career in Research and Publishing," Hilton Head, SC.[#]

*ISMS Doctoral Consortium* (July 2013), "Marketing Channels and Sales Force Management," Ozyegin University, Istanbul, Turkey.

*Money Management Institute Sales and Marketing Leadership Summit* (February 2013), "What Really Motivates Sales Professionals? Hard Data Tells the Story," Miami, FL.[#]

*AgFirst President's Council* (November 2012), "Motivating Salespeople: What Really Works?," Baltimore, MA.[#]

*Sales Management Association Annual Conference* (August 2012), "Motivating Salespeople: What Really Works?," Atlanta, GA.[#]

*Regional Sales Management Association Conference* (June 2012), "Sales Manager Effectiveness," Houston, TX.

*Strategic Account Management Association 48th Annual Conference* (May 2012), "Meeting Wall Street Expectations: Balancing Short-Term Pressures and Long-Term Strategic Relationships," San Diego, CA.[#]

*Sales Management Association Annual Conference* (October 2011), "Building an Effective Sales Leadership Team," Atlanta, GA.

*ISBM Ph.D. Student Camp* (August 2012), "Finding Great Research Problems," Chicago, IL.

*ISBM Ph.D. Student Camp* (August 2011), "Acquiring Data for Research," Chicago, IL.

*American Marketing Association Sheth Doctoral Consortium* (June 2011), "Acquiring Data for Research," Stillwater, Oklahoma.

*AMS 40th Anniversary Conference* (May 2011), "Celebrating our History – Ensuring a Viable Future for Sales Research," Coral Gables, FL.

---

[#] Indicates a keynote address

9

*AMS 40th Anniversary Conference* (May 2011), "Today's Pain, Tomorrow's Opportunity? Integrating Sales and CRM," Coral Gables, FL.

*AMS 40th Anniversary Conference* (May 2011), "Sales Research: Where is the Cutting Edge?," Coral Gables, FL.

*Southwest Pennsylvania Sheth Foundation Seminar* (February 2011), "Salesperson Adaption to Change," University of Pittsburgh, Pittsburgh, PA.[#]

*International Conference of the Corporate Identity/Associations Research Group* (May 2009), "Employee and Customer Identification," Stony Brook University, Southampton, NY.[#]

*American Marketing Association Sheth Doctoral Consortium* (June 2009), "The Future of Sales Research," Georgia State University, Atlanta, GA.

*George Mason Marketing Doctoral Consortium* (2009), "Building Brand Loyalty in Sales Organizations," Washington, DC.[#]


## AWARDS AND RESEARCH GRANTS

### Research Awards

- *Neil Rackham Research Dissemination Award*, Sales Education Foundation, 2012
- *Excellence in Research Award* for "Energizing the Reseller's Sales Force: The Power of Brand Identification," AMA Sales SIG, 2011
- *Roy and Lucille Melcher Faculty Excellence Award* for Excellence in Research, 2010
- *Outstanding Paper Award* for "Salesperson Service Behaviors: The Effect on Relationship Quality and Share of Customer," National Conference in Sales Management, 2004
- *Best Paper Award* for "Salespeople, Sales Organizations and Sales Force Automation: A Working Example," Winter AMA Sales Track, 2003
- *William R. Darden Research Methodology Award* for "Measuring and Modeling Uncertainty," Academy of Marketing Science, 2001
- *Doctoral Consortium Fellow*, AMA Sheth Foundation, 1997

### Teaching Awards

- *BBA Teaching Excellence Award* (2009), University of Houston
- *MBA Teacher of the Year* (2005), University of Connecticut
- *Teaching Innovation Award Finalist* (2004), University of Connecticut
- *University-Wide Undergraduate Teaching Award Finalist* (2002, 2003), University of Connecticut
- *Outstanding Undergraduate Teacher Award* (1997), Kelley School of Business, Indiana University
- *Outstanding Associate Instructor Award* (1997), Indiana University Doctoral Student Association
- *Teaching Excellence Award* (1996), Kelley School of Business, Indiana University
- *Schuyler F. Otteson Teaching Award Finalist* (1995, 1996), Kelley School of Business, Indiana University

### Research Grants

- Direct Selling Education Foundation Academic Leadership Grant ($10,000)
- Institute for the Study of Business Markets Grant ($4,000) for "Sales Contests" with Noah Lim

10

- Institute for the Study of Business Markets Grant ($5,500) for "Competitive Intelligence in the Sales Force" with Joel Le Bon
- Center for International Business Education and Research (CIBER) Grant ($5,100) for "An International Study of Salesperson Customer-Oriented Behaviors," with Raj Venkatesan
- Johnson & Johnson Technology Grant ($45,000) for "Measuring the Impact of Information Technology in the Sales Force"
- Institute for the Study of Business Markets (ISBM) Grant ($6,200) for "Sales Force use of Competitive Information," with Joel Le Bon
- Institute for the Study of Business Markets (ISBM) Grant ($9,600) for "Adapting SERVQUAL to a Business- to-Business Sales Setting"
- Pennsylvania State University New Faculty Grant ($6,000) for "IT Adoption in the Sales Force"
- Institute for the Study of Business Markets (ISBM) Grant ($15,000) for "IT Adoption in the Sales Force," with Niels Schillewaert
- Pennsylvania State University Junior Faculty Grant ($5,600) for "Marketing of Religions," with John Liechty
- Pennsylvania State University Junior Faculty Grant ($5,850) for "Handling Marketing Mistakes," with Keith Niedermeier

## PROFESSIONAL ACTIVITIES

### Editorship

Editor, Journal of Personal Selling and Sales Management, 2010 – present.
Associate Editor, Journal of Personal Selling and Sales Management, 2008– 2010.
Senior Associate Editor, British Journal of Management, 2006 – 2008.

### Editorial Board Membership

Journal of Retailing, 2010 – present.
Journal of Marketing, 2009 - present.
Journal of the Academy of Marketing Science, 2008 – present.
International Journal of Research in Marketing, 2008 – present.
Industrial Marketing Management, 2001 – 2010.
Journal of Personal Selling and Sales Management, 2004 – 2007.

### Ad-hoc Reviewer

Management Science, Marketing Science, Journal of Marketing Research, Journal of Consumer Research, Journal of Applied Psychology, Academy of Management Journal, Marketing Letters, Journal of Business Research.

### Conference Organizing Experience

*Sales Productivity Conference* (2013), University of Munster
*Though Leadership in the Sales Profession Conference* (2012), Harvard University
*Siemens Key Account Management Conference* (2011), Munich, Germany
*MSI Conference on Sales Leadership* (2009), University of Houston

### Conference Track Chair Experience

*AMA Winter Educators' Conference* (2013), Personal Selling and Sales Management Track
*AMA Summer Educators' Conference* (2012), Personal Selling and Sales Management Track

11

*Academy of Marketing Science Conference* (2011), Sales and Sales Management Track
*Academy of Marketing Science Conference* (2010), B2B Marketing Track
*AMA Summer Educators' Conference* (2008), Personal Selling and Sales Management Track
*AMA Winter Educators' Conference* (2005), Personal Selling and Sales Management Track
*AMA Summer Educators' Conference* (1999), Personal Selling and Sales Management Track

## TEACHING

### Primary Teaching Interests

- Professional Selling and Sales Management
- Key Account Management
- Marketing Channels
- Business-to-Business Marketing

### Doctoral Advising Record

| PhD Student | Role | School | Dissertation Awards |
|---|---|---|---|
| Jeffrey Boichuk | Chair | UH | ISBM Dissertation Competition Award Winner |
| Zach Hall | Chair | UH | AMA Sales SIG Dissertation Award Winner |
| Ryan Mullins | Chair | UH | AMA Sales SIG Dissertation Award Winner |
| Babak Hayati | Chair | UH | ISBM Dissertation Competition Award Winner, AMA Sales SIG Dissertation Award Winner |
| Hua Chen | Chair | UH | |
| Willy Bolander | Chair | UH | DSEF Dissertation Award Winner, AMS Dissertation Award Runner-up |
| Son Lam | Chair | UH | MSI Young Scholar, AMA Relationship SIG Dissertation Award Winner, SCP Dissertation Runner-up, Emory Marketing Institute Dissertation Award Winner, ACR Sheth Dissertation Award Runner-up, AMA Howard Award Runner-up |
| Douglas Hughes | Chair | UH | ISBM Dissertation Competition Finalist, as well as AMA Sales SIG, DSEF, & Jesse H. Jones Doctoral Dissertation Awards |
| Babu Mariadoss | Co-Chair | UH | ISBM Dissertation Competition Finalist, AMS Mary Kay Best Dissertation in Marketing, AMA Sales SIG Doctoral Dissertation Award Winner |
| Keith Richards | Member | UH | ISBM Dissertation Competition Finalist & DSEF Dissertation Award Winner |
| Luke Weinstein | Co-Chair | UCONN | AMA Tech SIG & DSEF Dissertation Award Winner |
| Adam Rapp | Chair | UCONN | AMA Sales SIG & DSEF Dissertation Award Winner |
| Ron Jelinek | Chair | UCONN | DSEF Dissertation Award Winner |
| Kevin Lertwachara | Member | UCONN | |
| Piotr Cleminski | Member | UCONN | |
| Niels Schillaewart | Co-Chair | PSU | ISBM Dissertation Competition Overall Winner |
| Prabakar Kothandaraman | Member | PSU | ISBM Dissertation Competition Award Winner |

12