UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY CHARLOT, ALAN REMACHE, JOSE TEJADA, GREGORY GERMUSKA, GARWYN RICHMOND, MATT RIGGS, KRISTOFFER WRIGHT, AND CHRISTOPHER HENDLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ECOLAB, INC.,<br><br>Defendant. | Civil Action No. 2:18-cv-10528 (KM)(MAH)<br><br>Electronically filed |

**ORDER**

**THIS MATTER** having come before this Court on Plaintiffs' Motion for Approval of Collective Action Settlement, Preliminary Approval of Class Action Settlement, Service Awards, and Plaintiff Counsel's Attorneys' Fees and Costs, and for good cause having been shown;

**IT IS ON THIS** 15th day of July, 2022, hereby **ORDERED** as follows:

1. The settlement for the Fair Labor Standards Act action is a fair, reasonable, and adequate resolution of a *bona fide* dispute. The settlement is **APPROVED**.

2. The settlement for the New Jersey Class action is a fair, reasonable, and adequate resolution of a *bona fide* dispute. The settlement is **PRELIMINARILY APPROVED**. The fairness hearing will be held on December 2, 2022 at 10:00 a.m. in the United States District Court for the District of New Jersey, 2 Federal Square, Newark, NJ 07102, Courtroom 4 of the U.S. Post Office & Courthouse, Frank R. Lautenberg Building. Upon the Court granting final approval of the settlement, such final approval will also serve to dismiss this case with prejudice.

3. Plaintiffs' proposed Notice of Collective Action Settlement and Notice of Class Action Settlement are both **APPROVED**.

4. The plan for distribution of the parties' settlement is **APPROVED**.

5. The requested Service Awards are **APPROVED**.

6. The Settlement Administrator's fees and costs are **APPROVED**.

7. Plaintiffs' Counsel's request for attorneys' fees and reimbursement of out-of-pocket costs and expenses is **GRANTED**.

**SO ORDERED.**

Dated: July 15, 2022

                                             /s/ Kevin McNulty
                                             Hon. Kevin McNulty
                                             U.S. District Judge