**GREEN SAVITS, LLC**
Glen D. Savits
25B Vreeland Rd. #207
Florham Park, NJ 07932
Telephone: (973) 695-7777
gsavits@greensavits.com

**GETMAN, SWEENEY & DUNN, PLLC**
Michael J.D. Sweeney*
260 Fair Street
Kingston, New York 12401
Telephone: (845) 255-9370
msweeney@getmansweeney.com

**OUTTEN & GOLDEN LLP**
Molly A. Brooks*
Michael Scimone*
Chauniqua Young*
Sabine Jean*
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
mbrooks@outtengolden.com
mscimone@outtengolden.com
cyoung@outtengolden.com
sjean@outtengolden.com

*Attorneys for Plaintiffs, Putative FLSA Collective, and New Jersey Class*

*\*admitted pro hac vice*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY CHARLOT, ALAN REMACHE, JOSE TEJADA, GREGORY GERMUSKA, GARWYN RICHMOND, MATT RIGGS, KRISTOFFER WRIGHT, AND CHRISTOPHER HENDLEY, individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>ECOLAB, INC.,<br><br>            Defendant. | Case No.: 2:18-cv-10528-KM-MAH<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, the Declaration of Molly Brooks, and supporting exhibits, Plaintiffs respectfully request that the Court enter an Order:

(1) Granting final certification of the New Jersey Class under Fed. R. Civ. P. 23(e);

(2) Approving the settlement for the New Jersey Class Action as a fair, reasonable, and adequate resolution of a bona fide dispute;

(3) Approving Legal Services of New Jersey as the cy pres recipient in accordance with the terms of the Settlement Agreement;

(4) Granting final judgment in this case;

(5) Dismissing the Litigation with prejudice;

(6) Retaining jurisdiction over this action solely for the purpose of enforcing the Settlement Agreement; and

(7) Granting such other, further, or different relief as the Court deems just and proper.

A Memorandum of Law in support of this motion and a Proposed Order are attached hereto.

Dated: November 23, 2022
     Florham Park, NJ

Respectfully submitted,

*/s/ Glen D. Savits*
Glen D. Savits

Glen D. Savits
**GREEN SAVITS, LLC**
25B Vreeland Rd. #207
Florham Park, NJ 07932
Telephone: (973) 695-7777
gsavits@greensavits.com

Michael J.D. Sweeney*
**GETMAN, SWEENEY & DUNN, PLLC**
260 Fair Street

Kingston, New York 12401
Telephone: (845) 255-9370
msweeney@getmansweeney.com

Molly A. Brooks*
Michael Scimone*
Chauniqua Young*
Sabine Jean*
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
mbrooks@outtengolden.com
mscimone@outtengolden.com
cyoung@outtengolden.com
sjean@outtengolden.com

*Attorneys for Plaintiffs, Putative FLSA Collective, and New Jersey Class*

*admitted pro hac vice

## CERTIFICATION OF SERVICE

      I hereby certify that on November 23, 2022, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                        */s/ Glen D. Savits*
                                                         Glen D. Savits