## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY CHARLOT, ALAN REMACHE, JOSE TEJADA, GREGORY GERMUSKA, GARWYN RICHMOND, MATT RIGGS, KRISTOFFER WRIGHT, AND CHRISTOPHER HENDLEY, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>ECOLAB, INC.,<br><br>        Defendant. | Civil Action No. 2:18-cv-10528 (KM)(MAH)<br><br>Electronically filed |

## ORDER

**THIS MATTER** having come before this Court on Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, and upon due consideration of the discussion on the record during the December 2, 2022 fairness hearing and the record in this case, and for good cause having been shown;

**IT IS ON THIS** __2d__ day of __December__, 2022, hereby **ORDERED** as follows:

1. On July 15, 2022, the Court preliminarily certified the Class for settlement purposes under Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"). *See* Docket No. 514 (Order) ¶ 2. The Court **GRANTS** final certification of the New Jersey Class under Fed. R. Civ. P. 23(e).

2. The settlement for the New Jersey Class Action is a fair, reasonable, and adequate resolution of a *bona fide* dispute. The settlement is **APPROVED**. The Settlement Administrator will distribute the Settlement Checks, Service Awards, and attorneys'

fees and costs in accordance with the terms of the Settlement Agreement, subject to ministerial extensions of time upon agreement by the Parties.

3. Legal Services of New Jersey is appointed as the *cy pres* recipient in accordance with the terms of the Settlement Agreement.

4. The Court **GRANTS** final judgment in this case. This Litigation is hereby **DISMISSED** on the merits and **WITH PREJUDICE**.

5. The Court retains jurisdiction over this action solely for the purpose of enforcing the Settlement Agreement.

**SO ORDERED.**

Dated: Dec. 2, 2022

Hon. Kevin McNulty
U.S. District Judge